UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARLISLE FOOD SERVICE PRODUCTS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 4:11CV16 CDP |
| ANTHONY YENZER, et al., | ) ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

This case was originally filed in the District of Connecticut, and was transferred here at the request of defendants Anthony Yenzer and Larry Colvin. It has recently been transferred to me. On January 18, 2011, this Court ordered defendants to file a status report by February 17 setting out the status of, among other things, the request to delay briefing on the pending motion for preliminary injunction. In the meantime, plaintiff filed an amended complaint, which added additional defendants. On February 17, defendants filed a status report stating that the parties had agreed that responsive pleadings would be filed by February 21. On February 22, one new defendant filed a motion to dismiss for lack of jurisdiction and the other defendants answered.

The parties have failed to provide any report on the pending motion for preliminary injunction. Earlier filings indicated that discovery was necessary

before the motion is heard. I need to know what is going on, and the parties need to discuss these matters with one another before they discuss them with me.

Accordingly,

**IT IS HEREBY ORDERED** that the Court will hold a telephone conference with all counsel on **Tuesday, March 8, 2011 at 9:30 a.m. Plaintiff's counsel must place the call and have all necessary counsel on the line.**

**IT IS FURTHER ORDERED** that in advance of the telephone conference counsel must meet and confer regarding a schedule for briefing and hearing all currently pending motions. In particular, counsel are expected to reach agreement on whether discovery is necessary for these motions; if it is, counsel should propose a schedule for all discovery that needs to be taken. Counsel should also discuss whether it is appropriate to enter a Case Management Order for the remainder of the case at this time; if so, counsel should propose a schedule taking into account all things normally covered in such an order.

**IT IS FURTHER ORDERED** that the motion to withdraw as defense counsel of Elizabeth A. Alquist and Nicholas A. Pisarsky [#51] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 28th day of February, 2011.